William Monroe SIMMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28431.

Court of Criminal Appeals of Texas.

June 27, 1956.

E. J. MONTES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28134.

Court of Criminal Appeals of Texas.

May 9, 1956.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the felony offense of drunken driving upon a public highway, with punishment assessed at six months in jail.

The record on appeal contains no statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.